82.775-01

SANDRO BALADEZ #1116255
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

April 06, 2015.

COURT OF CRIMINAL APPEALS:

Clerk Abel Acosta
P.O. BOX 12308, Capitol Station,
Austin, Texas 78711

RE:   REQUEST OF LOCAL COURT'S RULES

Dear Clerk Mr.Acosta;

   I am requesting a copy of the Texas Local Rules pursuant to the Texas Rules
of Appellate Procedure, Rule 1.2. Local Rules;(b), Copies.

   Thank you for your time and assistance in this matter.

Respectfully submitted:

/s/ Sandro Baladez

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 22 2015

Abel Acosta, Clerk

SANDRO BALADEZ #1116255
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas 77705


April 06, 2015.

Court of Criminal Appeals;
Clerk Abel Acosta,
P.O. BOX 12308, Capitol Station,
Austin, Texas 78711


RE: REQUESTING SUBMITTED MOTIONS PROGRESS

Dear Clerk;

On March 16, 2015, I filed and submitted a "Motion For Rehearing" concerning criminal cause No. 01-1-6242-A, in this Court and on March 30, 2015, I filed and submitted another "Motion For Repleading Court Denial Judgment"., and finally on March 30, 2015., I filed and submitted another "Motion For Pleading Court judgment (action on my motion's) since I haven't been apprised of any action or progress concerning these motion's!

I am requesting to know from this Court if this Court processed the fore-mention motions and if there been any progress or decisions/ruling concerning this motions requests?

Thank you for your time and assistance in this topic.


Respectfully submitted,
/s/ Sandro Baladez

April 06, 2015

C.C: file